UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

Fill in this information to identify your case:

Debtor 1: **Caroline Patricia Jones** (First Name / Middle Name / Last Name)

Debtor 2: ___ (Spouse, if filing) (First Name / Middle Name / Last Name)

Case Number (if known): **18-02953-5**

# LIQUIDATION WORKSHEET & PLAN SUMMARY - FILED WITH CHAPTER 13 PLAN

E.D.N.C. Local Form

## I. LIQUIDATION TEST

The information included in this worksheet shows how the Debtor determined, based on information known to the debtor at the time the Debtor's chapter 13 petition was filed, the amount found in § 1.5 of the Debtor's plan that the Debtor projects would be paid to holders of allowed unsecured claims if the Debtor's bankruptcy estate were liquidated in a chapter 7 bankruptcy case. Under 11 U.S.C. §1325(a), the Bankruptcy Court must determine that at least this amount will be available for distribution to the holders of unsecured claims in this case for the Debtor's plan to be confirmed.

| Asset Description | Market Value | Liquidation Costs (if any) | Lien(s) | Net Value | Debtor's Interest | Exemption Claimed | Liquidation Value |
|---|---|---|---|---|---|---|---|
| 1217 Ella & Mae's Drive Saint Pauls, NC 28384 Robeson County Deed of Trust, Book D 1586, Page 855, Robeson County Registry, located at 1217 Ella & Mae's Drive, Saint Pauls, NC | $44,400.00 | $ | $32,668.00 | $ | $44,400.00 | $11,732.00 | $ |
| 2006 Cadillac CTS 100,000 miles Location: 1217 Britt Road, Saint Pauls NC 28384 4DR sedan VIN | $5,577.50 | $ | $0.00 | $ | $5,577.50 | $5,577.50 | $ |
| Three beds w/mattresses, one sofa, one love seat, two arm chairs, one table with four chairs pots and pans, dishes. Location: 1217 Britt Road, Saint Pauls NC 28384 | $500.00 | $ | $0.00 | $ | $500.00 | $500.00 | $ |
| 32" TV, Radio, CD Player Location: 1217 Britt Road, Saint Pauls NC 28384 | $200.00 | $ | $0.00 | $ | $200.00 | $200.00 | $ |
| Location: 1217 Britt Road, Saint Pauls NC 28384 | $100.00 | $ | $0.00 | $ | $100.00 | $100.00 | $ |

| Debtor | Caroline Patricia Jones | Case No.: | 18-02953-5 |
|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 female and 2 male Chihuahuas Not neutered Location: 1217 Britt Road, Saint Pauls NC 28384 | $40.00 | $ | $0.00 | $ | $40.00 | $40.00 | $ |
| Cash in possession of Debtor Location: 1217 Britt Road, Saint Pauls NC 28384 | $10.00 | $ | $0.00 | $ | $10.00 | $10.00 | $ |
| Checking: Wells Fargo Bank #******7596 Saint Pauls, NC | $800.00 | $ | $0.00 | $ | $800.00 | $800.00 | $ |

*(Insert additional lines as needed.)*

**TOTAL Excess Equity in all Property:** $
Subtract Attorney's Fees: - $4,240.00
Subtract Other Liquidation Costs Not Included in Table Above (<u>and</u> describe below): -$
Subtract Chapter 7 Trustee's Commission (see chart below): - $
TOTAL Required to be Paid to Holders of Allowed Unsecured Claims = $

| Other Liquidation Costs Not Included in Table Above are described as follows: |
|---|
| |
| |
| |
| |

| Chapter 7 Trustee's Commission Table per 11 U.S.C. §§ 326(a) and 1325 (a)(4) | | | |
|---|---|---|---|
| from | to | rate | maximum $ amount |
| $ - | $ 5,000.00 | 25% | $ 1,250.00 |
| $ 5,001.00 | $ 50,000.00 | 10% | $ 4,500.00 |
| $ 50,001.00 | $ 1,000,000.00 | 5% | $ 47,500.00 |
| $ 1,000,001.00 | $ no limit | 3% | $ no limit |

## II. Plan

### A. Secured Claims

(1) Residential Mortgage Claims - Property Retained (Plan §3.1)

| Creditor | Direct Amt./Mo. | Conduit Amt./Mo | Arrears Owed | + | Adm. Arrears* | = | Tot. Arrears to Cure* | Cure $/Mo. |
|---|---|---|---|---|---|---|---|---|
| Bayview Loan Servicing, LLC | $0.00 | $693.00 | $5,626.00 | | 0.00 | | $5,626.00 | $296.40 |

* Arrearage to be cured includes two full post-petition Mortgage Payments Pre-Petition Arrearage claim, per E.D.N.C. LBR 3070-2(a)(1).

(2) Other Secured Claims – Direct Payments by Debtor (Plan § 3.2):

| Creditor | Collateral | Direct Amt./Mo | Arrears Owed | Interest | Cure $/Mo. |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(3) "Cram-Down" Claims Being Paid Through Plan (Plan § 3.3):

| Creditor | Collateral | Value | AP Payment | Interest | Equal Mo. Pmt. |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(4) Secured Claims not Subject to Cram-Down Being Paid through Plan (Plan § 3.4):

Debtor: Caroline Patricia Jones  Case No.: 18-02953-5

| Creditor | Collateral | Value | AP Payment | Interst | Equal Mo. Pmt. |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(5) Secured Claims Subject to Lien Avoidance or Surrender of Collateral (Plan §§ 3.5 & 3.6):

| Creditor | Collateral | Claim Amt. | Surrendered? | Avoided? | Secured Amt. |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(6) Secured Tax Claims

| Creditor | Secured Amt. |
|---|---|
| | |

## II. Executory Contracts and Unexpired Leases (Plan § 5.1)

| Lessor/Creditor | Subject/Property | Assume or Reject? | Total Arrears | Cure Term | Amt./Mo.. |
|---|---|---|---|---|---|
| -NONE- | | | | | |

## III. Unsecured Claims and Proposed Plan

| Priority/Administrative (Plan Part 4) ||
|---|---|
| Creditor | Amount |
| Unpaid Attorney Fees | $4,240.00 |
| IRS Taxes | $0.00 |
| State Taxes | $0.00 |
| Personal Property Taxes | $0.00 |
| DSO/Alimony/Child Support Arrears | $0.00 |
| Total Est. Unsec. Priority Claims | $4,240.00 |

| Creditor Name | % Interest | Amount |
|---|---|---|
| -NONE- | | |

| General Unsecured Claims (Plan Parts 1 & 2) ||
|---|---|
| Liquidation Test Requires this be Paid to Unsecureds | $0.00 |
| Debtor's Applicable Commitment Period ("ACP") is: | 36 months |
| Debtor's Disposable Monthly Income ("DMI") is: | $-602.84 |
| "ACP" times "DMI" equals Unsecured Pool of: | $-21,702.24 |
| Total Estimated Unsecured Non-priority Claims equal | $49,719.31 |
| Est. Approx. Dividend to Unsecureds (not guaranteed): | 0.00% |

**PROPOSED CHAPTER 13 PLAN PAYMENT (PLAN PARTS 1 & 2)**
The proposed Plan Payment Schedule is:
$1069 per month for 36 months

Median Income: ☐ AMI ☐ BMI
Payroll Deduction: ☐ YES ☐ NO